13 OCT 22 AM 9:49

DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JORGE CORTES-MARTINEZ ) <br> ) <br> Defendant. ) <br> ) | Crim. Case No. 95CR1076-IEG <br><br> ORDER AND JUDGMENT TO DISMISS THE INDICTMENT |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the indictment in the above-captioned case against JORGE CORTES-MARTINEZ be dismissed without prejudice.

IT IS FURTHER ORDERED that the arrest warrant be recalled in this matter.

DATED: 10/21/13

_____
HONORABLE IRMA E. GONZALEZ
United States District Court